J. M. LEE, as Comptroller of the State of Florida, and WALTER W. DAVIS, as Sheriff of Columbia County, Florida, v. STANDARD OIL COMPANY, a Kentucky Corporation.

4 So. (2nd) 871

Division A

Opinion Filed December 5, 1941

*J. Tom Watson,* Attorney General, *Lawrence A. Truett,* Assistant Attorney General, and *Keen & Keen,* for Appellants;

*L'Engle, Shands, McCarthy & Lane* and *J. W. Shands,* for Appellee.

PER CURIAM.—This is a companion case to that of J. M. Lee as Comptroller and J. R. McLeod as Sheriff of Hillsborough County, Florida, v. Gulf Oil Corpora-

tion, a Pennsylvania corporation, in which opinion was filed this date.

Upon authority of the opinion and judgment in that case the decree here appealed from is likewise reversed and the cause remanded for further proceedings not consistent with the views expressed in that opinion.

BROWN, C. J., WHITFIELD, BUFORD, and ADAMS, J. J., concur.